| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Riverwood Gas and Oil LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**FKA  Riverwood Energy LLC**

**3. Debtor's federal Employer Identification Number** (EIN)    **27-0456596**

**4. Debtor's address**

**Principal place of business**

**261 E Rowland St**
**Covina, CA 91723**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**Kern Front Oil Field Bakersfield, CA 93308**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Riverwood Gas and Oil LLC** _____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **Riverwood Gas and Oil LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ■ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Riverwood Gas and Oil LLC** _____ Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 23, 2016**
                MM / DD / YYYY

X **/s/ Joseph M. Hoats**                                           **Joseph M. Hoats**
Signature of authorized representative of debtor              Printed name

Title  **CEO & President of Inviron, Sole Member of Riverwood**

**18. Signature of attorney**

X **/s/ Joseph M. Hoats**                                      Date **November 23, 2016**
Signature of attorney for debtor                                        MM / DD / YYYY

**Joseph M. Hoats**
Printed name

**Law Offices of Joseph M. Hoats**
Firm name

**12672 Limonite Ave, Ste E#345**
**Corona, CA 92880**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 920-5806**       Email address  **josephhoats@hotmail.com**

**141599**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Riverwood Gas and Oil LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALEX GENDELMAN c/o United Pacific Energy Operations and Consulting, Inc. 7120 Havenhurst Ave, #320 Van Nuys, CA 91406 | | Loan to Western International Inc., Contract Joint Venture Operator with Debtor | | | | $145,000.00 |
| CHARLES ROSS c/o Richard Farkas, Attorney 15300 Ventura Blvd., Ste 504 Sherman Oaks, CA 91403 | Richard Farkas, Esq. RichardDF@aol.com (818) 789-6001 | Judgment against WSI, Contract Joint Venture Operator with Debtor | | | | $27,500,000.00 |
| Department of Conservation Div of Oil gas & Geothermal Resourc 4800 Stockdale Hwy, Ste 417 Bakersfield, CA 93309 | | Amount owed by WSI, Contract Joint Venture Operator with Debtor, for abandonment of Costs re: Trico Gas Field | | | | $800,000.00 |
| FLAVIO M. RODRIGUEZ 5055 E. Crescent Dr. Anaheim, CA 92807 | 714-650-2821 | Potential Meritless Claim Against Debtor | | | | $570,000.00 |
| INGRID ALIET-GASS 168 N. Highland PL Monrovia, CA 91016 | Alexander Gorman or David Brown agorman@huskinsonbrowngorman.com (916) 448-1405 | Owner of WSI,Contract Joint Venture Operator with Debtor | Disputed | | | $0.00 |

Debtor **Riverwood Gas and Oil LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JAG PATHIRANA** c/o Norman Mathews, Attorney Law Offices of Norman Mathews 16027 Ventura Blvd Ste 604 Encino, CA 91436 | | **Potential Meritless Claim Against Debtor** | **Disputed** | | | $100,000.00 |
| **JNDDC, LLC** 3505 Koger Blvd NW, Ste 400 Duluth, GA 30096 | | **Potential Meritless Claim Against Debtor** | **Disputed** | | | $570,000.00 |
| **LEONARD KROYTON** PO BOX 262057 Encino, CA 91426 | | **Potential Meritless Claim Against Debtor** | **Disputed** | | | $0.00 |
| **Longbow LLC** 1701 Westwind Dr Bakersfield, CA 93301 | **(661) 631-1717** | **Creditor of WSI, Contract Joint Venture Operator with Debtor** | | | | $250,000.00 |
| **MICHAEL SMUSHKEVICH** 7120 Havenhurst Ave, #320 Van Nuys, CA 91406 | | **Potential Meritless Claim Against Debtor** | **Disputed** | | | $0.00 |
| **PAUL GILLER** c/o United Pacific Energy Operations and Consulting, Inc. 7120 Havenhurst Ave, #320 Van Nuys, CA 91406 | | **Judgment against Western States International Inc., Contract Joint Venture Operator with Debtor (Judgment Vacated)** | **Disputed** | | | $135,000.00 |
| **PHOENIX OIL AND GAS INC.** 914 S Street Sacramento, CA 95811 | | **Potential Meritless Ownership Interest in Leases** | **Disputed** | | | $0.00 |
| **TEARLACH RESOURCES, LTD** c/o Richard Farkas 15300 Ventura Blvd., Ste 504 Sherman Oaks, CA 91403 | | **Potential Interest in the lease hold as a result of a judgment against Ingrid Alliet-Gass** | **Disputed** | | | $27,500,000.00 |
| **United Pacific Energy Operations and Consulting, Inc.** 7120 Havenhurst Ave, #320 Van Nuys, CA 91406 | | **Vacated Judgment against WSI, Inc., Contract Joint Venture Operator with Debtor** | **Disputed** | | | $2,465,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Riverwood Gas and Oil LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WESTERN STATES INTERNATIONAL, INC.**<br>c/o David W.T. Brown, Esq.<br>Alexander Gorman, Esq.<br>16th Floor, Park Tower, 980 9th St<br>Sacramento, CA 95814 | **Alexander Gorman or David Brown**<br><br>agorman@huskinsonbrowngorman.com<br>(916) 448-1405 | **FOR NOTICE ONLY** | | | | $0.00 |
| **William L. Alexander, Esq.**<br>Alexander & Associates<br>1925 G Street<br>Bakersfield, CA 93301 | **William L. Alexander, Esq.**<br><br>walexander@alexander-law.com<br>(661) 316-7888 | **Unpaid Legal Fees by Western States International, Contract Joint Venture Operator with Debtor** | | | | $25,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

.

Riverwood Gas and Oil LLC
261 E Rowland St
Covina, CA 91723


Joseph M. Hoats
Law Offices of Joseph M. Hoats
12672 Limonite Ave, Ste E#345
Corona, CA 92880


ALEX GENDELMAN
c/o United Pacific Energy
Operations and Consulting, Inc.
7120 Havenhurst Ave, #320
Van Nuys, CA 91406


CHARLES ROSS
c/o Richard Farkas, Attorney
15300 Ventura Blvd., Ste 504
Sherman Oaks, CA 91403


DAVID SMUSHKEVICH
7120 Havenhurst Ave, #320
Van Nuys, CA 91406


Department of Conservation
Div of Oil gas & Geothermal Resourc
4800 Stockdale Hwy, Ste 417
Bakersfield, CA 93309


DEREK M. WILLSHEE
1110 Sungro Way
Bakersfield, CA 93311


FLAVIO M. RODRIGUEZ
5055 E. Crescent Dr.
Anaheim, CA 92807

```
GLENN MORINAKA
168 N. Highland Dr.
Monrovia, CA 91016


INGRID ALIET-GASS
168 N. Highland PL
Monrovia, CA 91016


JAG PATHIRANA
c/o Norman Mathews, Attorney
Law Offices of Norman Mathews
16027 Ventura Blvd Ste 604
Encino, CA 91436


JAMES ROBERT ZADKO
1110 Sungro Way
Bakersfield, CA 93311


JNDDC, LLC
3505 Koger Blvd NW, Ste 400
Duluth, GA 30096


LEONARD KROYTON
PO BOX 262057
Encino, CA 91426


Longbow LLC
1701 Westwind Dr
Bakersfield, CA 93301


MICHAEL SMUSHKEVICH
7120 Havenhurst Ave, #320
Van Nuys, CA 91406
```

PAUL GILLER
c/o United Pacific Energy
Operations and Consulting, Inc.
7120 Havenhurst Ave, #320
Van Nuys, CA 91406


PHOENIX OIL AND GAS INC.
914 S Street
Sacramento, CA 95811


TEARLACH RESOURCES, LTD
c/o Richard Farkas
15300 Ventura Blvd., Ste 504
Sherman Oaks, CA 91403


United Pacific Energy
Operations and Consulting, Inc.
7120 Havenhurst Ave, #320
Van Nuys, CA 91406


WESTERN STATES INTERNATIONAL, INC.
c/o David W.T. Brown, Esq.
Alexander Gorman, Esq.
16th Floor, Park Tower, 980 9th St
Sacramento, CA 95814


Western States International, Inc.
c/o INGRID ALIET-GASS
168 N. Highland PL
Monrovia, CA 91016


William L. Alexander, Esq.
Alexander & Associates
1925 G Street
Bakersfield, CA 93301

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Joseph M. Hoats**<br>**12672 Limonite Ave, Ste E#345**<br>**Corona, CA 92880**<br>**(310) 920-5806**<br>California State Bar Number: **141599**<br>**josephhoats@hotmail.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Riverwood Gas and Oil LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Joseph M. Hoats**_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                 F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
    - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☒ I am the attorney for the Debtor corporation

2.a.     ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    See Addendum

  b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**November 23, 2016**                    By:   **/s/ Joseph M. Hoats**
Date                                                            Signature of Debtor, or attorney for Debtor

                                                                              Name:   **Joseph M. Hoats**
                                                                                        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                             **F 1007-4.CORP.OWNERSHIP.STMT**

# Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

INVIRON TECHNOLOGIES, INC.
12672 LIMONITE AVE
SUITE 3E#345
Corona, CA 92880

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                           F 1007-4.CORP.OWNERSHIP.STMT