FILED & ENTERED

NOV 23 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Riverwood Gas and Oil, LLC,<br><br>                        Debtor. | Case No.: 2:16-bk-25483-NB<br><br>CHAPTER 11<br><br>**ORDER SETTING CASE STATUS CONFERENCE AND PROCEDURES**<br><br>**Preliminary Status Conference [no written status report required]:**<br>Date:   November 29, 2016<br>Time:   1:00 p.m.<br>Place:   Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br><br>**Continued Status Conference [status report required]:**<br>Date:   December 13, 2016<br>Time:   2:00 p.m.<br>Place:   Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

IT IS HEREBY ORDERED as follows:

1.    <u>Status conference</u>. Any counsel for the above-captioned debtor(s) and the debtor(s) themselves ("Debtor"), must attend the *preliminary* status conference at the place and time set forth above, the purpose of which will be to further the

expeditious, economical, and just resolution of this case (per § 105(a) and (d)).[1] The status conference may be continued from time to time without further notice, and at future status conferences Debtor need not attend if Debtor's counsel attends. At any status conference this Court may issue appropriate orders without further notice, including on: (a) case management (*e.g.*, limiting notice, or setting procedures for use of cash collateral or sale of assets), (b) case disposition (*e.g.*, case dismissal, or dismissal with a bar against future bankruptcies, or conversion, or appointment of a trustee), (c) deadlines (*e.g.*, for proofs of claim, administrative expenses, or executory contracts), (d) management of adversary proceedings and contested matters, and (f) mediation.

2. <u>Case Status Report</u>. At least **fourteen (14) days before the *continued* status conference**, Debtor must (a) file a Case Status Report in the form posted on Judge Bason's webpage, (b) serve it on the United States Trustee and any person who requests a copy (all other persons may obtain a copy from the docket), and (c) file a proof of service.

3. <u>Affiliated Businesses</u>. In every monthly operating report ("MOR") Debtor must provide as much financial information for any affiliated business (as defined in §§ 101(2) & (9)) as if such affiliate were in bankruptcy. Debtor may request at the initial status conference to be excused from this requirement.

4. <u>Plan Procedures</u>. Debtor must follow the procedures detailed on **Judge Bason's webpage**, unless otherwise ordered.

//

---

[1] For joint individual cases, it is sufficient if just one of the two debtors attends. For cases by any organization (corporation, partnership, etc.) the person who is responsible for Debtor in this bankruptcy case must attend. The undersigned Bankruptcy Judge typically posts tentative rulings prior to each status conference or other hearing, available at www.cacb.uscourts.gov. Unless the context suggests otherwise, references to a "Chapter" or "Section" ("§") refer to the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), a "Rule" means the Federal Rules of Bankruptcy Procedure ("FRBP"), Federal Rules of Civil Procedure ("FRCP"), Federal Rules of Evidence ("FRE"), or Local Bankruptcy Rules ("LBR"), and other terms have the meanings provided in the Code and the Rules.

5. <u>Service</u>.  Debtor must serve this order on all parties in interest via U.S. mail and file a proof of service no later than **today (November 23, 2016)**.

###

Date: November 23, 2016

*[signature]*
Neil W. Bason
United States Bankruptcy Judge